DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY LAW, PC
1901 S. 15th St.
Las Vegas, Nevada 89104
Telephone: (702) 384-2070
Email: dan@foleylawlv.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| Carolyn Hayes<br><br>    Plaintiff,<br><br>v.<br><br>GKS Development Inc.<br><br>    Defendant | Case No: 2:23-cv-01678-APG-BNW<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT GKS DEVELOPMENT INC.** |

**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT GKS DEVELOPMENT INC.**

Pursuant to Local Rule IA 11-6(c), GKS Development Inc., by and through its President George Gekakis, Daniel T. Foley, Esq. of Foley Law, PC, and Nadine M. Morton of Morton Law, PLLC, hereby stipulate and agree to Daniel T. Foley, Esq. of Foley Law, PC substituting in as attorney of record in the place of Nadine M. Morton of Morton Law, PLLC for Defendant GKS Development Inc., in the above captioned case.

DATED this 23rd day of February 2024.

_____
DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY LAW, PC
1901 S. 15th St.
Vegas, Nevada 89104

_____
NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
MORTON LAW, PLLC
11700 West Charleston Blvd., Ste. 170-65
Las Vegas, NV 89135

GKS Development Inc.

_____
George Gekakis, President

FOLEY
&
OAKES

1 of 2

IT IS SO ORDERED.

Dated: 2/27/2024

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
_____
DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY LAW, PC
1901 S. 15th St.
Las Vegas, Nevada 89104

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. Rule 5(b), I certify that I am an employee of Foley Law, PC and that on this 23rd day of February 2024, I caused this document to be served, upon all registered parties via the Court's electronic filing system. I also served Carolyn Hayes with the attached document via mail and email at the following addresses: Carolyn Hayes, 1050 Wellness Pl., #912, Henderson, NV 89011, Carolyn67hayes@gmail.com.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am a member of the bar of this court.

_____
DANIEL T. FOLEY, ESQ.