UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN HAYES, | Case No.: 2:23-cv-01678-APG-BNW |
| Plaintiff | **Order Granting Third Motion to Dismiss** |
| v. | [ECF No. 44] |
| GKS DEVELOPMENT, INC., | |
| Defendant | |

Plaintiff Carolyn Hayes sues her former employer, defendant GKS Development, Inc. ECF No. 5.  I granted GKS's two prior motions to dismiss because Hayes did not properly serve GKS. ECF Nos. 18; 33.  In my second dismissal order, I advised Hayes that I would give her "one final chance" to serve GKS. ECF No. 33 at 1.  Magistrate Judge Weksler then granted Hayes additional time to perfect service. ECF No. 41.

GKS again moves to dismiss, arguing that Hayes has still failed to properly serve it and has not attempted to initiate a Rule 26(f) conference. ECF No. 44.  Hayes responds that she does not understand why prior service was not effective and that she does not have funds to hire an attorney or to serve GKS again, although she apparently has paid for a legal service. ECF No. 47 at 11-14.

GKS explained in its prior motion to dismiss why the prior service attempt was not effective. ECF No. 22.  Hayes did not oppose GKS's motion, so I granted it; I also pointed out the rule she was to follow for service. ECF No. 33.  Hayes has been given opportunities and extra time to properly complete service on GKS but she has been unable to do so successfully. Consequently, I grant GKS's motion.

1 I THEREFORE ORDER that defendant GKS's motion to dismiss **(ECF No. 44) is granted.** Plaintiff Carolyn Hayes' amended complaint (ECF No. 5) is dismissed without prejudice.

I FURTHER ORDER that all other pending motions are denied as moot. The clerk of court is instructed to close this case.

DATED this 2nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE